IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THANE T. NEWTON                                                                    PETITIONER
ADC #135297

v.                              Case No. 5:15CV00146 JTK

ARKANSAS PAROLE BOARD,
JOHN FELTS, Chariman, Arkansas
Parole Board                                                                       RESPONDENTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 10th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE